IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 30, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26059/0051303071

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:07-bk-05807-ssc |
| William Harold Tostensen and Rita Irene Tostensen<br>Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>Movant,<br>vs. | ORDER<br><br>(Related to Docket #38) |
| William Harold Tostensen and Rita Irene Tostensen, Debtors, Constantino Flores, Trustee.<br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 15, 2005 and recorded in the office of the Gila County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and William Harold Tostensen and Rita Irene Tostensen have an interest in, further described as:

*DOT rerecorded 10/10/08 Inst. No. 2008-013316

Lot 183, WOODLAND MEADOWS PHASE II, according to Map No. 593 and correction recorded in Docket 576, Page 433, records of Gila County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT