# Notice Recipients

District/Off: 0970−2     User: mgarcia     Date Created: 12/1/2009
Case: 2:07−bk−05807−SSC     Form ID: pdf004     Total: 5

**Recipients of Notice of Electronic Filing:**
tr     CONSTANTINO FLORES
aty     JAMES R. MCDONALD, JR.     mcdonaldlaw@webmail.azbar.org
aty     MARK 1 BOSCO     ecf@tblaw.com

                                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     WILLIAM HAROLD TOSTENSEN     113 NORTH FOOTHILL DRIVE     PAYSON, AZ 85541
jdb     RITA IRENE TOSTENSEN     113 NORTH FOOTHILL DRIVE     PAYSON, AZ 85541

                                                                                          TOTAL: 2