FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

WILLIAM HAROLD TOSTENSEN
113 NORTH FOOTHILL DRIVE
PAYSON, AZ 85541
**SSAN:** xxx–xx–0704
**EIN:**

RITA IRENE TOSTENSEN
113 NORTH FOOTHILL DRIVE
PAYSON, AZ 85541
**SSAN:** xxx–xx–2944
**EIN:**

Debtor(s)

Case No.: 2:07–bk–05807–SSC

Chapter: 7

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on December 1, 2009, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: December 1, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**