# Notice Recipients

District/Off: 0970−2     User: mgarcia     Date Created: 12/1/2009
Case: 2:07−bk−05807−SSC     Form ID: ntcntry     Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | CONSTANTINO FLORES | |
| aty | JAMES R. MCDONALD, JR. | mcdonaldlaw@webmail.azbar.org |
| aty | MARK 1 BOSCO | ecf@tblaw.com |

                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | WILLIAM HAROLD TOSTENSEN | 113 NORTH FOOTHILL DRIVE | PAYSON, AZ 85541 |
| jdb | RITA IRENE TOSTENSEN | 113 NORTH FOOTHILL DRIVE | PAYSON, AZ 85541 |

                         TOTAL: 2